**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRACEY JONES, individually and on behalf of all
others similarly situated,

                    Plaintiff,                    20 **CIVIL** 8463 (VB)

      -against-                    **JUDGMENT**

ORGAIN, LLC,

                    Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2021, the motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
          September 27, 2021

                                                                   **RUBY J. KRAJICK**

                                                                     Clerk of Court

                                    BY:

                                                                      Deputy Clerk